

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00194-CR

| | | |
|---|---|---|
| Damian Lamon Murkledove | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1197207D) |
| | § | May 15, 2014 |
| v. | | |
| | § | Opinion by Justice Walker |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
     Justice Sue Walker